NO. 8085 **8085**

COURT OF APPEAL

PARISH OF ORLEANS.

WILSON & COMPANY OF LOUISIANA

versus

ERNEST W. LAPORTE

Dinkelspiel; J.

Court of Appeal
PARISH OF ORLEANS
FILED ___ 30/21

**8085**

Dinkelspiel; J.

This suit instituted by plaintiff against the defendant, alleging that the latter is indebted to the former in the full sum of $126.17, for goods, wares and merchandise sold and delivered to defendant in the month of March, 1930 and a detailed sworn itemized statement is annexed to plaintiff's petition.

Defendant was duly cited to appear and answer this petition, and failing to do so, judgment by default was rendered against him.    In due course and after legal delays defendant having made no appearance, default was had and no answer or other proceedings being filed by the defendant, the default was confirmed and judgment signed for the amount as prayed for against the defendant.

From this judgment there is this appeal.

Code of Practice, Article 310.  "If the defendant do not appear either in person or by his advocate after the delay provided by law the plaintiff may take a judgment by default against him."

The defendant neither appeared in person or by counsel in the Court aquo nor in this Court.

We find that plaintiff had done everything that the law required entitling him to judgment as prayed for.

Therefore judgment is correct.

For the reasons assigned, it is ordered, adjudged and decreed that the judgment of the Court aquo be and the same is hereby affirmed, the costs of both Courts to be paid by defendant.

—Judgment Affirmed—